Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| INGE M. HARDI | ) Chapter 13 <br> ) <br> ) Case No.: 8:07-bk-11858-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301133** in the sum of **$147.60** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    SALLIE MAE
    220 LASLEY AVE
    WILKES BANE, PA 91410

Date: September 10, 2011         __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711858 | INGE M. HARDI<br>ACCT: 1660 | Claim: 00013 | XXX-XX-1660 | 147.60 | 0.00 | 147.60 |
| | | TOTALS | | 147.60 | 0.00 | 147.60 |

INGE M. HARDI

BALANCE:             [0.00 33/00013]
SSN: XXX-XX-1660    SSN:
ACCT: 1660                              CASE: 0711858
PRINCIPAL:           147.60   INTEREST:         0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0301133**

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$147.60

PAY    One Hundred Forty Seven And 60 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301133⑈  ⑆061100790⑆ 000000575186 2⑈